UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN RANDY LUXFORD



## CRIMINAL COMPLAINT "A"

CASE NUMBER: 1:07mj27

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. That on or about January 27, 2007, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere STEPHEN RANDY LUXFORD, defendant herein, did knowingly entice and coerce via interstate communications (Yahoo! Internet chat and instant messenger service) an individual under the age of 18 to engage in sexual activity for which any person can be charged with a criminal offense. I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

See attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof:  _X_ Yes  ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 13th 2007 at Gulfport, Mississippi

_____
United States Magistrate Judge
ROBERT H. WALKER

SOUTHERN DISTRICT OF MISSISSIPPI

GULFPORT, MISSISSIPPI

AFFIDAVIT "A" IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Campbell, hereby state as follows:

## I. INTRODUCTION

I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and I am assigned to the Jackson Division, Gulfport Resident Agency, Gulfport, Mississippi. I have been employed as a Special Agent with the FBI since April 14, 1996. As an FBI agent, I investigate various crimes to include illegal sexual activity with minors, which is a violation of Title 18 U.S.C. Section 2422.

## II. CRIMINAL VIOLATIONS

This affidavit seeks a criminal complaint and arrest warrant for Stephen Randy Luxford, date of birth April 19, 1954, Social Security Account Number [REDACTED], charging him with a violation of Title 18 U.S.C. Section 2422(b).

## III. SOURCES OF INFORMATION RELATED IN THIS AFFIDAVIT

I make this affidavit in part from personal knowledge based on my participation in this investigation, in part from information gained through training and experience, and in part from information developed from other agents and cooperating witnesses.

## IV. FACTUAL BACKGROUND

1

On February 13, 2007, FBI Agents interviewed [REDACTED], date of birth February 11, 1992, fifteen years of age, (Hereinafter "[REDACTED]") regarding her contact with an unknown white male from Jackson, Mississippi, known to her as Stephen Truitt. Stephen Truitt was later identified by the FBI as being Stephen Randy Luxford, herein referred to as Luxford.

[REDACTED] stated she had met Luxford online in a Yahoo! chat room in or around December of 2006. [REDACTED] stated she used the Yahoo chat name *[REDACTED]* and Luxford used the Yahoo! chat name *sinistersoftail*. At the time they met [REDACTED] was fourteen years old. According to [REDACTED], she told Luxford that she was fourteen. [REDACTED] and Luxford also communicated online via the Yahoo! instant messenger service.

Yahoo! Inc., is a Delaware corporation, with its pricipal place of business located at 701 First Avenue, Sunnyvale, California. According to the Yahoo! Terms of Service, paragraph seven, Yahoo! servers are located in California, Texas, and Virginia. The Terms of Service agreement states that, "you acknowledge that use of [Yahoo!] service results in interstate data transmissions". The Yahoo! Terms of Service can be found at http://info.yahoo.com/legal/us/yahoo/utos/utos-173.html.

After a short period of time [REDACTED] and Luxford also began to communicate via their respective cellular telephones. Luxford gave [REDACTED] his cellular telephone number ((601)594-4875) via the internet.

Further investigation revealed that telephone number (601)594-4875 is associated with a corporate account belonging to Calvert and Company, 100 Aztec Drive, Jackson, Mississippi. At all time relevant to this complaint, the number was registered to Randy Luxford. This informationnwas obtained from the AT&T, National Compliance Center, West Palm Beach,

Florida.

According to [REDACTED], Luxford came to the Edgewater Mall in Biloxi, Mississippi, to visit her on or about January 13, 2007. After several cellular telephone calls between the two, they met at Belk Department Store in the mall. [REDACTED] had a friend with her at the time, [REDACTED], age fifteen (Hereinafter "[REDACTED]"). Luxford arrived in a white Hummer automobile which he showed to both [REDACTED] and [REDACTED]. Luxford told them he had just purchased the Hummer. According to [REDACTED], Luxford called her on her cellular phone and instructed her to get away from [REDACTED]. However, [REDACTED] stayed with [REDACTED] at the mall and Luxford eventually left.

Subsequent investigation revealed that one "Randy Luxford", white male, date of birth April 19, 1954, Social Security Account Number [REDACTED], had rented a white Hummer on January 12, 2007 from Enterprise Rental Cars located in Brandon, Mississippi. According to Enterprise records, the white Hummer automobile was returned on January 15, 2007, with 592 miles driven. Luxford listed his address on the rental agreement as 100 Elizabeth Avenue, Madison, Mississippi.

After that incident, Luxford and [REDACTED] continued to communicate via Yahoo! Instant Messenger and cellular telephone calls. This was evidenced by a review of [REDACTED]'s cellular telephone bill which shows 65 telephone calls, both incoming and outgoing, both to and from Luxford's cellular telephone, (601)594-4875. These calls took place from January 13, 2007 through January 27, 2007. [REDACTED] and Luxford planned to meet again on January 27, 2007, again at Edgewater Mall, Biloxi, Mississippi.

On January 27, 2007, [REDACTED] and Luxford met again at Edgewater Mall in Biloxi,

3

Mississippi. This time, [REDACTED] was alone. During the early afternoon on January 27, 2007, [REDACTED] was dropped off by her father at the mall and subsequently met Luxford. Luxford and [REDACTED] left the mall in a dark colored Sport Utility Vehicle and drove to the old Winn Dixie on Henderson Avenue in Pass Christian, Mississippi. Luxford parked at this location and they engaged in oral sex.

Later, Luxford drove [REDACTED] back to Biloxi, where he stopped at the Walgreens Drug Store located at Pass Road and Popps Ferry Road. [REDACTED] stated she stayed in the vehicle while Luxford went inside and purchased a three pack of condoms in a purple box.

A subsequent review of the Walgreens video surveillance identified Luxford entering the Walgreens at 4:29 pm on January 27, 2007. According to receipts acquired from Walgreens, a three pack of condoms, Trojan "Her Pleasure" in a purple box, were purchased at 4:34 pm at the camera department which does not have video surveillance. At 4:35 pm, Luxford is seen exiting the Walgreens. Subsequently, [REDACTED] was able to identify a three pack of condoms, Trojan "Her Pleasure" brand in a purple box as the same type of condoms that were purchased by Luxford.

According to [REDACTED], Luxford then drove her to the Econolodge Motel at 1776 Beach Bouldevard, Biloxi, Mississippi. Luxford rented room number 214. Once in the room, the two engaged in oral sex. According to [REDACTED], Luxford rubbed his penis against her vagina both with and without a condom but never fully penetrated her vagina with his penis. Luxford penetrated her vagina with his fingers, and ultimately ejaculated on her vagina and stomach. Immediately after this, they got dressed and left the hotel room. Luxford then drove [REDACTED] to her house in Gulfport and dropped her off.

Subsequent investigation at the Econolodge identified that Luxford used the name of Scott Richards, Jackson, Mississippi, zip code 39218, and paid cash to rent room number 214 on January 27, 2007. No identification is required by Econolodge if cash is paid, therefore, no further records exist. The zip code utilized, 39218, by Luxford when he checked in, is the zip code used at Luxford's place of employment, The Calvert Company, in Richland, Mississippi.

A few days after the Econolodge incident, [REDACTED] told her therapist of her sexual encounter, who reported the incident to [REDACTED]'s parents. On about January 30 or 31, 2007, [REDACTED] warned Luxford via cellular telephone that her parents knew about their meeting and that he might be "in trouble". After this communication, Luxford's cellular telephone number (601)594-4875 was disconnected and [REDACTED] was also unable to contact him online.

Later investigation at AT&T indicated that telephone number (601)594-4875 had recently been changed on January 31, 2007, to another telephone number registered to Calvert and Company employee, Randy Luxford.

A March 2, 2007, interview of Cheryl Holyfield, Human Resources Manager for Calvert and Company, verified Stephen Randy Luxford's employment and that he had changed his business cellular telephone number on his own in violation of company policy.

A Mississippi driver's license photograph of Luxford was obtained and shown to [REDACTED] on February 15, 2007. [REDACTED] positively identified Stephen Randy Luxford as the man she knew as Stephen Truitt.

On February 23, 2007, a Mississippi driver's license photograph of Luxford was shown to [REDACTED], [REDACTED]'s friend that was with her at the mall on February 13, 2007.

[REDACTED] positively identified Luxford as the man he met at Edgewater Mall in the white Hummer automobile on or about January 13, 2007.

On February 21, 2007, FBI surveillance at 100 Elizabeth Avenue, Madison, Mississippi, identified a white Chevrolet truck parked in the driveway bearing Mississippi tag number 030 MB1. State of Mississippi vehicle registration information shows tag number 030 MB1 registered to a white 1999 Chevrolet truck belonging to Randy Luxford.

On March 2, 2007, a Federal Search warrant was executed at the residence of Luxford, 100 Elizabeth Avenue, Madison, Mississippi. During the execution of the warrant, FBI Agents made contact at the residence with Luxford and his wife Elinor Luxford (Hereinafter Elinor). Luxford refused to talk to the interviewing Agents, however Elinor gave Agents a statement.

Elinor stated that on January 31, 2007, Luxford came to her and said he had met a girl on the Internet who he believed was between 18 and 21 years old. Luxford told Elinor that he had met this girl named [REDACTED], in person, on the coast on both January 13, and January 27, 2007, at a mall. Luxford stated to Elinor that after the second meeting, [REDACTED] had told him she had talked to her therapist and at this point he realized she was not over 18 years of age. Luxford told Elinor that after [REDACTED] told him this, he changed his telephone number and contacted an attorney. According to Elinor, Stephen Luxford's Yahoo! email address is *sinistersoftail@yahoo.com*.

During the March 2, 2007, search of 100 Elizabeth Avenue, Madison, Mississippi, a Yahoo Internet chat log between [REDACTED] ([REDACTED]) and sinistersoftail (Luxford) was found in Luxford's pick up truck. Additionally, a screen print of [REDACTED]'s My Space photograph titled "[REDACTED]" was also found in Luxford's truck.

According to the Yahoo! chat log that was recovered, Luxford, using the chat name *sinistersoftail* stated to [REDACTED], "now I am looking at ur crotch and getting.......u know". Luxford also stated, "I treat u like ur a grown woman".

## V. CONCLUSION

Based on the foregoing information, affiant believes that probable cause exists that Stephen Randy Luxford has violated Title 18, United States Code, Section 2422, as he knowingly enticed and coerced via interstate communications (Yahoo! Internet chat and instant messenger service) an individual under the age of 18 to engage in sexual activity for which any person can be charged with a criminal offense.

_____
Special Agent Matthew Campbell
Federal Bureau of Investigation

Sworn to and subscribed before me
on this 12th day of March, 2007.

_____
Honorable Robert H. Walker
United States Magistrate Judge

7