UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                      CRIMINAL NO: 1:07mj27

STEPHEN RANDY LUXFORD

## GOVERNMENT'S MOTION FOR DETENTION

The United States, by and through its undersigned counsel, files this motion requesting the pre-trial detention of the defendant in the above styled and numbered cause and asks this court to enter an order requiring that the defendant be held in the custody of the United States Marshal pending a trial on the matter.

Respectfully submitted, this 14th day of March, 2007.

/s/ *J. Scott Gilbert*
J. SCOTT GILBERT
ASSISTANT UNITED STATES ATTORNEY
1575 20th Avenue, Second Floor
Gulfport, Mississippi 39501
(228) 563-1560
MSB# 102123

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to the following:

Thomas E. Royals
troyals@royalmayfield.com

/s/ *J. Scott Gilbert*
J. SCOTT GILBERT